# *UNITED STATES DISTRICT COURT*

***for the***

***District of Rhode Island***

RECEIV[illegible]
U.S. MARSHALS SERVIC[illegible]
AUG 29 2007
District of Rhode Isla[illegible]

***Case No. 1:07-MJ-89M***

***To:*** ***SIEA AT SUFFOLK***

YOU ARE HEREBY COMMANDED, to have the **body** of **DOMINGO ENRIQUE LORENZO-FERRERA**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:30 o'clock a.m.**, on the **31st** day of **August, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: August 29, 2007.

David A. DiMarzio, Clerk

**PRETRIAL SERVICES INTERVIEW**
**AT 9:00 A.M.**
INITIAL APPEARANCE

***by*** ___________________
***Jeannine Noel - Deputy Clerk***