1376570

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
AUG 29 2007
RHODE ISLAND

# United States District Court

DISTRICT OF **District of Rhode Island**

UNITED STATES OF AMERICA

v.

DOMINGO ENRIQUE LORENZO-FERRERA

## WARRANT FOR ARREST

CASE NUMBER: 1:07MJ89M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest DOMINGO ENRIQUE LORENZO-FERRERA
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
ILLEGAL REENTRY BEING A PREVIOUSLY DEPORTED ALIEN

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2)

| | |
|---|---|
| DAVID L. MARTIN | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| David L Martin | 8/29/07 Providence, Rhode Island |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ____________ by ____________
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Bristol Cty House of Corr by ICE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 08/29/2007 | C Wyant SDUSM | [signature] |
| DATE OF ARREST 08/31/2007 | | |

This form was electronically produced by Elite Federal Forms, Inc.