# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. 1:07M-89M***

RECEIVED
U.S. MARSHALS SERVICE
AUG 29 2007
District of Rhode Island

***To: SIEA AT SUFFOLK***

YOU ARE HEREBY COMMANDED, to have the **body** of **DOMINGO ENRIQUE LORENZO-FERRERA**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:30 o'clock a.m.**, on the **31st** day of **August, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that
[illegible]
[illegible]
on the date and time [illegible]

Deputy U.S. Marshal

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: August 29, 2007.

David A. DiMarzio, Clerk

*by* ________________
***Jeannine Noel - Deputy Clerk***

**PRETRIAL SERVICES INTERVIEW**
**AT 9:00 A.M.**
INITIAL APPEARANCE